# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIM MAYFIELD,

    Plaintiff,

    v.

SCI-CRESSON, et al.

    Defendants.

CIVIL ACTION NO. 3:09-CV-1860

(JUDGE CAPUTO)

## **MEMORANDUM ORDER**

Still presently before the Court is Plaintiff Karim Mayfield's Motion for Leave to Proceed *in forma pauperis* ("IFP") filed on March 2, 2010. (Doc. 13.) As stated in this Court's previous opinion, Plaintiff previously filed a motion to proceed IFP on September 28, 2009. (Doc. 2.) The Clerk of Court issued an administrative order instructing Plaintiff that a proper motion to proceed must contain two items: 1) an application to proceed IFP, and 2) an authorization form permitting the institution where he is held to transmit a certified copy of his trust account balance to this Court. (Doc. 5.) Plaintiff failed to comply with this order, and this case was dismissed on December 15, 2009. (Doc. 10.) On March 2, 2010, Plaintiff filed a proper application to proceed *in forma pauperis*, satisfying the first requirement. (Doc. 13.) Plaintiff's application failed to include the required authorization form. (Doc. 13.) On March 12, 2010, this Court issued an order requiring Plaintiff to file a proper authorization form within twenty-one (21) days. (Doc. 14.)

On April 5, 2010, Plaintiff filed a response including an authorization form.[1] (Doc. 15.)

---

[1] Additionally, the Court notes that Plaintiff also submitted a new application to proceed *in forma pauperis*. This submission is irrelevant for two reasons: 1) Plaintiff has already submitted the necessary application (Doc. 13); and 2) this application is

Plaintiff failed, however, to submit his authorization on the proper form for the Middle District of Pennsylvania. The Clerk of Court is directed to transmit one copy of the proper form to Plaintiff. Plaintiff will be given twenty-one (21) days from the date of this order to submit the necessary authorization on the proper form. This will be Plaintiff's *final* opportunity to correct his application to proceed *in forma pauperis* before this action will once again be dismissed. Plaintiff's present submission (Doc. 15) will be stricken for failure to comply with this Court's order (Doc. 14) to file the required authorization form.

**NOW**, this ___14th___ day of April, 2010, **IT IS HEREBY ORDERED** that

(1) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 15) is **STRICKEN** for failure to comply with this Court's Order (Doc. 14.).

(2) The Clerk of the Court **shall provide Plaintiff** a copy of the Middle District of Pennsylvania's Prisoner Disbursement Authorization form.

(3) Plaintiff will file the required authorization form to proceed *in forma pauperis* within **twenty-one (21) days** of the date of this order, or this action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge

---

inappropriately on the form used by the Eastern District, rather than the one provided by the Middle District. Regardless, the Court focuses only on the authorization form included in Plaintiff's submission, as this is the only additional document required at present.